IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILLIAMS, AE8191, <br>     Plaintiff(s), <br> vs. <br> M. DAHL, Correctional Counselor, <br>     Defendant(s). | No. C 17-0461 CRB (PR) <br><br> ORDER OF DISMISSAL |

Per order filed on April 24, 2017, the court dismissed with leave to amend plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 to allege, if possible, facts showing that defendant: (1) knew that plaintiff faced a substantial risk of serious harm and disregarded that risk by failing to take reasonable steps to abate it, and (2) actually and proximately caused the deprivation of plaintiff's Eighth Amendment rights. The court made clear that failure to file a proper amended complaint within 28 days will result in the dismissal of this action.

More than 28 days have passed, but plaintiff has neither filed a proper amended complaint nor sought an extension of time to do so. This action accordingly is DISMISSED.

SO ORDERED.

DATED: May 30, 2017

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.17\Williams, W.17-0461.dismissal.wpd